IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.D. a minor, by and through her Guardian Ad Litem, V. Dixon,<br><br>              Plaintiff,<br><br>   v.<br><br>ROSEDALE UNION SCHOOL DISTRICT, SUPERINTENDENT JAMIE HENDERSON, PRINCIPAL TRICA LAZENBY and DOES 1 through 100, Inclusive,<br><br>             Defendants. | NO. 1:08-CV-01873-AWI-GSA<br><br>ORDER VACATING FEBRUARY 9, 2009 HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

     Defendants' motion to dismiss the fourth and fifth causes of action in the first amended complaint has been set for hearing in this case on February 9, 2009.  The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument.  Local Rule 78-230(h).  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of February 9, 2009, is VACATED, and the parties shall not appear at that time.  As of February 9, 2009, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   February 6, 2009              /s/ Anthony W. Ishii
                                             CHIEF UNITED STATES DISTRICT JUDGE