# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.D., | 1:08-cv-01873-AWI-GSA |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| vs. | ORDER APPROVING SETTLEMENT OF MINOR'S CLAIMS |
| ROSEDALE UNION SCHOOL DISTRICT, et. al., | (Documents #26 & #27) |
| Defendants. | |

On or about March 5, 2009, the parties filed an initial joint Motion for Approval of Settlement in this action. (Docs. 14-15.) The motion was amended on April 16, 2009, and again on May 12, 2009. (Docs. 20-21 & 26-27.) The applications indicated that an offer of settlement for a total of $9,999.00 was accepted by M.D. that would result in the dismissal of the action with prejudice, and that each party would bear its own costs. M.D.'s attorneys represented her on a pro bono basis and, as a result, did not seek an award of attorneys's fees. (Docs. 14-15, 20-21, 26-27.)

The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On May 13, 2009, the Magistrate Judge filed Findings and Recommendations. More particularly, the Magistrate Judge recommended approving the $9,999.00 settlement as follows: (1) a sum not to exceed $1,000.00 of the total settlement funds be permitted to be used by the minor to purchase a laptop computer for purposes of her present education, and (2) that the remaining settlement proceeds, a sum

1

not less than $8,999.00, be placed in a federally insured blocked account for the minor's benefit, and that the minor's share shall not be withdrawn until the minor reaches the age of eighteen (18) years or as ordered by this Court. No party has filed objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed May 13, 2009, are ADOPTED IN FULL;
2. The joint Motion for Approval of Settlement as to minor M.D. is GRANTED; and
3. The settlement proceeds for the minor shall be distributed in accordance with the provisions set forth in the Findings and Recommendations.

IT IS SO ORDERED.

**Dated:  May 28, 2009**                       **/s/ Anthony W. Ishii**
                                               CHIEF UNITED STATES DISTRICT JUDGE